

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>  )  <br> Plaintiff,  ) <br>  ) <br> vs.  ) <br>  ) <br> **VERNON POLEAHLA**,  ) <br>  ) <br> Defendant.  ) <br>  ) | CRIMINAL NO. 18-3143 JCH <br><br> Count 1: 18 U.S.C. §§ 1153 and 1112: <br> Voluntary Manslaughter; <br><br> Count 2: 18 U.S.C. §§ 1153 and <br> 113(a)(6): Assault Resulting in Serious <br> Bodily Injury. |

## INFORMATION

The United States Attorney charges:

### Count 1

On or about April 27, 2018, in Indian Country, in McKinley County, in the District of New Mexico, the defendant, **VERNON POLEAHLA**, an Indian, upon a sudden quarrel and heat of passion, unlawfully killed John Doe 1 and in so doing acted recklessly with extreme disregard for human life.

In violation of 18 U.S.C. §§ 1153 and 1112.

### Count 2

On or about April 27, 2018, in Indian Country, in McKinley County, in the District of New Mexico, the defendant, **VERNON POLEAHLA**, an Indian, assaulted John Doe 2, and the assault resulted in serious bodily injury.

In violation of 18 U.S.C. §§ 1153 and 113(a)(6).

JOHN C. ANDERSON  
United States Attorney

*Allison Jaros*

ALLISON JAROS  
Assistant U.S. Attorney  
P.O. Box 607  
Albuquerque, NM 87103  
505-346-7274