# PLEA MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

| CR 18-3143 JCH | UNITED STATES vs. Poleahla |
|---|---|

**Before The Honorable Karen B. Molzen, United States Magistrate Judge**

| | | | |
|---|---|---|---|
| Hearing Date: | 9/26/18 | Time In and Out: | 10:54-11:13 / 19 min |
| Clerk: | E. Romero | Digital Recording: | ABQ-Rio Grande |
| Defendant: | Vernon Poleahla | Defendant's Counsel: | Brian Pori |
| AUSA: | Allison Jaros | Interpreter: | N/A |

☐ Sworn
☐ Waived

☒ Defendant Sworn   ☐ First Appearance

☒ Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect.

☒ Deft acknowledges receipt of: **Information**

☒ If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right.

☒ Terms and conditions of proposed plea agreement explained.   ☒ Defendant indicates understanding of its terms.

☒ Factual predicate to sustain the plea provided.

☒ Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea.

☒ Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures).

☒ Deft questioned re time to consult with attorney and if satisfied with his or her representation.

☒ Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges).

☒ Deft pleads GUILTY to: **Information**

☒ Allocution by Deft on elements of charge(s).

☒ Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted.

☒ Deft adjudged guilty.

☒ Acceptance of plea agreement deferred until final disposition hearing by district judge.

☒ Sentencing Date: **to be notified**

☒ Defendant to Remain in Custody

☐ Present conditions of release continued   ☐ Conditions changed to:

☐ Penalty for failure to appear explained

☒ Presentence Report Ordered   ☐ Expedited (Type III)

Other Matters: