IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Cr. No.   18-03143 JCH |
| | ) |
| **VERNON POLEAHLA**, | ) |
| | ) |
| Defendant. | ) |

**UNITED STATES' NOTICE OF LODGING OF SENTENCING EXHIBIT**

The United States notifies the Court and counsel that on February 26, 2019, it forwarded to the Court via hand delivery a compact disk containing Government's Exhibit 1, a video recording. This exhibit is referenced in the United States' Sentencing Memorandum (Doc. 30).

A disk containing the exhibit exhibits was also contemporaneously provided to counsel for the defendant on February 26, 2019, via hand delivery.

Respectfully submitted,

JOHN C. ANDERSON
United States Attorney

*Electronically filed on February 26, 2019*
ALLISON C. JAROS
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico   87103
(505) 346-7274
(505) 346-7296 fax

I HEREBY CERTIFY that on the 26th
day of February, 2019, I filed the foregoing
pleading electronically through the CM/ECF
system, which caused counsel of record
to be served by electronic means on this date.

/s/_____
Allison C. Jaros
Assistant U.S. Attorney