## UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No: | 18-3143 JCH | USA vs. | Poleahla |
| Date: | 5/28/19 | Name of Deft: | Vernon Poleahla |

Before the Honorable Judith C. Herrera

| | | | |
|---|---|---|---|
| Time In/Out: | 11:20 – 12:03 | Total Time in Court (for JS10): | 43 min |
| Clerk: | E. Romero | Court Reporter: | Paul Baca |
| AUSA: | Allison Jaros | Defendant's Counsel: | Brian Pori |
| Sentencing in: | Albuquerque | Interpreter: | n/a |
| Probation Officer: | Beatrice Manzanares | Interpreter Sworn? | ☐ Yes  ☐ No |
| Convicted on: | ☒ Plea  ☐ Verdict | As to: | ☒ Information  ☐ Indictment |
| If Plea: | ☒ Accepted  ☐ Not Accepted | Adjudged/Found Guilty on Counts: | |
| If Plea Agreement: | ☒ Accepted  ☐ Not Accepted | ☐ No Plea Agreement | Comments: |
| Date of Plea/Verdict: | 9/26/2018 | PSR: ☒ Not Disputed  ☐ Disputed | ☒ Courts adopts PSR Findings |
| Evidentiary Hrg: | ☒ Not Needed  ☐ Needed | ☐ Exceptions to PSR: | |

| **SENTENCE IMPOSED** | Imprisonment (BOP): | Counts 1 & 2 - 79 months; concurrently |
|---|---|---|
| Supervised Release: | Counts 1 & 2 - 3 years; concurrently | Probation: |
| REC | ☐ 500-Hour Drug Program  ☒ Mandatory/Standard Conditions | Other: |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| ☒ | Participate in/successfully complete subst abuse program/testing | ☒ | Reside halfway house up to 6 months |
| ☐ | Participate in/successfully complete mental health program | ☒ | Participate in community-based anger management program |
| ☒ | Refrain from use/possession of alcohol/intoxicants | ☐ | Participate in sex offender treatment program |
| ☒ | Submit to search of person/property | ☐ | Possess no sexual material |
| ☒ | No contact with victim(s) and/or co-defendant(s) | ☐ | No computer with access to online services |
| ☐ | No entering or loitering near victim's residence | ☐ | No contact with children under 18 years |
| ☐ | Provide financial information | ☐ | No volunteering where children supervised |
| ☒ | Grant limited waiver of confidentiality | ☐ | Restricted from occupation with access to children |
| ☒ | Refrain from use and possession of synthetic cannabinoids, etc. | ☐ | No loitering within 100 feet of school yards |
| ☒ | No possession of a firearm, ammunition, destructive device or any other dangerous weapon | ☐ | Participate in an educational or vocational program approved by the Probation Officer |
| ☐ | Home Confinement for ___ months / ____ days | ☒ | Community service for 40 hours |
| ☐ | OTHER: | | |

| | | | |
|---|---|---|---|
| Fine: $ | -0- | Restitution: $ | -0- |
| SPA: $ | 200.00 | Payment Schedule: | ☒ Due Immediately  ☐ Waived |

OTHER:

| | | | |
|---|---|---|---|
| ☐ | Advised of Right to Appeal | ☒ | Waived Appeal Rights per Plea Agreement |
| ☒ | Held in Custody | ☐ | Voluntary Surrender |
| ☐ | Recommended place(s) of incarceration: | | |
| ☐ | Dismissed Counts: | | |

| OTHER COMMENTS: | Government requests Court permit allocution by victim and video be played; Defense counsel stipulates to victim's physical state; Video will not be played based on defendant's stipulations; Joe Doe 2 addresses Court – Rueben Ghahate; Birdena Sanchez addresses Court; Defense counsel addresses the Court; Government addresses Court – requests consecutive sentence. |
|---|---|